IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AIG BAKER TALLAHASSEE, L.L.C. | ) | Case No. 10-7353 |
| and | ) | |
| AIG BAKER TALLAHASSEE | ) | |
| COMMUNITIES, L.L.C. | ) | Case No. 10-7354 |
| | ) | |
| Debtors. | ) | |
| | ) | |

## MOTION TO APPEAR PRO HAC VICE
### (Sarah R. Borders)

Sarah R. Borders, of the firm of King & Spalding LLP, pursuant to Local Rules 2090-2(B) and 2091-1, moves for permission to appear *Pro Hac Vice* in these cases as counsel for AIG Baker Shopping Center Properties, L.L.C., and states as follows:

1. Movant is an attorney licensed to practice law in the State of Georgia and has been a member in good standing of the Georgia bar since October 30, 1989.

2. Movant is also admitted to practice before the United States District Court for the Northern and Middle Districts of Georgia; 4th Circuit Court of Appeals; 5th Circuit Court of Appeals; and 11th Circuit Court of Appeals.

3. Movant certifies that she has never been disbarred and is not currently suspended from the practice of law in the State of Alabama or any other state, nor from any United States Bankruptcy Court, District Court or Court of Appeals.

4. Movant certifies further that she is familiar with and shall be governed by the local rules of this Court, the rules of professional conduct and all other requirements governing the professional behavior of members of the bar of the Northern District of Alabama.

WHEREFORE, Movant respectfully requests entry of the attached proposed order.

Respectfully submitted, this 15th day of December, 2010.

        Respectfully submitted,

        /s/ Sarah R. Borders
        Sarah R. Borders
        KING & SPALDING LLP
        1180 Peachtree Street
        Atlanta, Georgia 30309
        Phone: (404) 572-4600
        Facsimile: (404) 572-5128
        Email: sborders@kslaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **AIG BAKER TALLAHASSEE, L.L.C.** | ) | Case No. 10-7353 |
| and | ) | |
| **AIG BAKER TALLAHASSEE** | ) | |
| **COMMUNITIES, L.L.C.** | ) | Case No. 10-7354 |
| | ) | |
| **Debtors.** | ) | |
| | ) | |

### ORDER GRANTING MOTION TO APPEAR PRO HAC VICE
### (Sarah R. Borders)

The Court having read the Motion of Sarah R. Borders for admission to practice *pro hac vice* in the above captioned proceedings, and it appearing that the Applicant meets the requirements of Bankruptcy Local Rules 2090-2(B) and 2091-1(1), it is hereby

ORDERED that the Motion is GRANTED.

SO ORDERED, this ____ day of December, 2010

_____
U.S. BANKRUPTCY JUDGE